UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR BROWN, | : | CIVIL ACTION NO. 3:CV-11-2346 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| GERALD ROZUM, et al., | : | |
| Respondents | : | |

**ORDER**

AND NOW, THIS 12th DAY OF JUNE, 2012, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

**United States District Judge**